[Nos. 15936-8-II; 16574-1-II.    Division Two.    July 20, 1994.]

JAKUSZ MANAGEMENT, INC., ET AL, *Appellants*, v.
SUPER VALU STORES, INC., *Respondent.*

Appeals from judgments of the Superior Court for Pierce County, No. 90-2-06774-8, Terry D. Sebring, J., entered March 13 and October 27, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 15703-9-II.    Division Two.    July 20, 1994.]

TONY KRUEGER, *Respondent*, v. SUSAN R. HESS,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-3-03190-7, E. Albert Morrison, J., entered January 3, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 15483-8-II.    Division Two.    July 20, 1994.]

HAGUEWOOD'S RESTAURANT, INC., *Appellant*, v. THE
CITY OF PORT ANGELES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00771-8, William G. Knebes, J. Pro Tem., entered October 25, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.